IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02017-REB-MJW

COLLEEN HELZER,

Plaintiff,

v.

WATERBURY CHIROPRACTIC WELLNESS CENTER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Scheduling/Planning Conference (Docket No. 9) is GRANTED. The Scheduling Conference set for September 24, 2013 at 11:00 a.m. is VACATED. The Scheduling Conference is RESET for October 22, 2013 at 2:30 p.m.

Date: September 19, 2013