**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02017-REB-MJW

COLLEEN HELZER,

    Plaintiff,

v.

WATERBURY CHIROPRACTIC WELLNESS CENTER,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#18][1] filed November 1, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#18] filed November 1, 2013, is **GRANTED**; and

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 4, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge